1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 454-3111
4 | Facsimile: (916) 454-3131

5 | Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARYL D. JENKINS**           ) | Case No.  CIV-09-1084 GGH |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,**           ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| v.           ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE**           ) | |
| **Commissioner of Social Security**           ) | |
| **of the United States of America,**           ) | |
| ) | |
| **Defendant.**           ) | |
| ) | |
| ) | |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from August 13, 2010, to September 14, 2010.   Plaintiff's This  extension is required due to Plaintiff's counsel's impacted briefing schedule – counsel has five older cases that must be filed this week – four in the Eastern District and one in the Northern District.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: August 9, 2010 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: August 9, 2010               Benjamin B. Wagner

United States Attorney

*/s/Daniel Talbert*
DANIEL TALBERT
Special Assistant U.S. Attorney

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.  No further extensions will be authorized.

DATED: August 16, 2010          /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

jenk1084.eot